JULIANA DROUS
Attorney at Law SBN 92156
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 863-3580
Fax: (415) 255-8631
jdrous@msn.com

Attorney for Defendant
DEWAYNE GRANT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>v.<br><br>DEWAYNE GRANT,<br><br>  Defendant. | CR 13-0028 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: MODIFICATION OF PRE-<br>TRIAL RELEASE TRAVEL CONDITION** |

  IT IS HEREBY STIPULATED by the parties in the above-entitled action that defendant DEWAYNE GRANT's travel conditions imposed as a condition of his pre-trial release be modified to allow him to travel to Monroe, Louisiana, in order to allow him to visit with his mother, prior to his voluntary surrender. He will travel to Louisiana on Friday, May 9, 2014, and return on May 12, 2014. While in Louisiana he will be staying at his mother's home, 13 Rosewood Drive, telephone 510-776-6453. Pre-trial Services Officer Nelson Barao, who is supervising Mr. Grant's release has been consulted regarding this matter. He has no objections to this travel.

Dated: May 4, 2014                         /s/
                                           JULIANA DROUS
                                           Attorney for Defendant
                                           DEWAYNE GRANT

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS                         1

1 | Dated: May 5, 2014
2 | /s/
KEVIN BARRY
Assistant U.S. Attorney

3 | IT IS SO ORDERED.

5 | Dated: May  6 , 201~~3~~ 4

*Kandis Westmore*
HONORABLE KANDIS A. WESTMORE
Magistrate Judge

STIPULATION AND ORDER RE:
TRAVEL CONDITIONS                         2